IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWIN BRYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1398 (MN) |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 3rd day of January 2024:

WHEREAS, on November 15, 2023, Magistrate Judge Hatcher issued a Report and Recommendation (D.I. 22) in this action, which recommended that the Court grant Plaintiff's Motion for Summary Judgment (D.I. 12), deny the Commissioner's Cross-Motion for Summary Judgment (D.I. 16) and remand for further proceedings; and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 22) is ADOPTED.  Plaintiff's Motion for Summary Judgment (D.I. 12) is GRANTED and the Commissioner's Cross-Motion for Summary Judgment (D.I. 16) is DENIED.

IT IS FURTHER ORDERED that the Office of General Counsel shall forward a copy of the memorandum opinion and order to the Office of Disability Adjudication and Review, Office of Appellate Operations for action by the Appeals Council.

IT IS FINALLY ORDERED that the Clerk of Court shall close this case.


The Honorable Maryellen Noreika
United States District Judge